**1269 COURTRIGHT vs. COMMON COUNCIL** (Newaygo), No. 13545, 96 M., 290.

To compel the approval of a liquor bond, the refusal being put upon the ground that relator maintains two separate bars in the same building.

Granted June 30, 1893, without costs.

**1270 MOREHOUSE ET AL. vs. COMMON COUNCIL** (North Adams), No. 12816.

To compel approval of druggists' bond.

Granted in the alternative May 13, 1892.

Answer afterwards filed and writ granted, with costs, June 7, 1892.

**1271 COVERT vs. MUNSON** (County Treasurer, Gratiot), No. 12921, 93 M., 603.

To compel respondent to accept relator's liquor bond and the tax, and to issue a receipt therefor.

Granted December 2, 1892, without costs.

Respondent insisted that the local option law was in force in that county, but the court held that the proceedings were invalid.